Robert WHITEHEAD, Plaintiff–Appellant,

v.

John Van LLOYD, Attorney at Law; Barr, Warner, Lloyd & Henifin Law Firm, in their official and individual capacity, Defendants–Appellees.

No. 04–1657.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 18, 2004.

Decided: Nov. 23, 2004.

Robert Whitehead, Appellant pro se.

Robert Gerald Chambers, Jr., Turner, Padget, Graham & Laney, Charleston, South Carolina, for Appellees.

Before LUTTIG and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Whitehead appeals the district court's order accepting the report and recommendation of the magistrate judge and denying relief on his tort action in which he alleged legal malpractice. We have reviewed the record and find no reversible error. Accordingly, we affirm on the rea-

soning of the district court. *See White-head v. Lloyd,* No. CA–03–3637–9 (D.S.C. Apr. 20, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*